NO. 07-02-0110-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 21, 2002

_____


GAYLAND BRANT WEST, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE


_____

FROM THE 181ST DISTRICT COURT OF RANDALL COUNTY;

NO. 13,469-B; HONORABLE JOHN BOARD, JUDGE

_____

Before QUINN and REAVIS and JOHNSON, JJ.

Appellant Gayland Brant West filed a Motion to Dismiss Appeal on March 14, 2002, averring that he no longer wishes to prosecute his appeal. The Motion to Dismiss is signed by both appellant and his attorney.

Without passing on the merits of the case, appellant's motion for voluntary dismissal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2. Having dismissed

the appeal at appellant's personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.

                                   Phil Johnson
                                     Justice

Do not publish.